Columbia Circuit. Certiorari denied. *Frederick A. Ballard* for petitioner.

No. 106. WEBER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE JACKSON and MR. JUSTICE CLARK took no part in the consideration or decision of this application. Petitioner *pro se*. *Solicitor General Perlman, Assistant Attorney General McInerney* and *Robert S. Erdahl* for the United States.

No. 239. HUDSON ET AL. *v.* LEWIS ET AL. C. A. 5th Cir. Certiorari denied. *Ben F. Cameron* for petitioners. *J. Morgan Stevens* and *W. S. Welch* for Lewis et al.; and *Garner W. Green, Irwin W. Coleman, W. S. Welch, R. E. Wilbourn* and *Archie D. Gray* for the Gulf Refining Co., respondents.

No. 244. AMERICAN FIDELITY & CASUALTY Co., INC. *v.* ALL AMERICAN BUS LINES, INC. ET AL. C. A. 10th Cir. The motion for leave to file brief of Rodman W. Keenon and others, as *amici curiae,* is denied. Certiorari denied. *Welcome D. Pierson* and *Richard W. Galiher* for petitioner. *Gus Rinehart* for respondents.

No. 94, Misc. DORSEY *v.* ARKANSAS. Supreme Court of Arkansas. Certiorari denied. *James Coates Lear* for petitioner.

No. 96, Misc. GAUTHIER *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.